UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80070-CR-HURLEY/VITUNAC (s)(s)
06-80081-CR-MIDDLEBROOKS/JOHNSON(s)(s)(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

WINFRED LORENZO HUNT

    Defendant.

_____

FILED by _____ D.C.
SEP 05 2006
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON HEARING TO REPORT RE: COUNSEL

The above named defendant having appeared before the Court as ordered, and reported efforts to retain counsel, it is thereupon ORDERED as follows:

_____     Private counsel _____ appeared in open court and is noted as permanent counsel of record.

__X__     The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____     The defendant requested Court appointed counsel, but was found ineligible, and shall appear before the Court on _____ at 10:00 AM to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____     The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 AM to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

DONE AND ORDERED at Fort Pierce, Florida this ___1___ day of September, 2006.

              *James M. Hopkins*
UNITED STATES MAGISTRATE JUDGE
JAMES M. HOPKINS

CC: AUSA
    Defense Counsel
    Pretrial Services or Probation
    US Marshals Service