UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 06-80070-CR-MIDDLEBROOKS/JOHNSON(s)(s)

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

WINFRED HUNT, a/k/a "Big Dred", "Fat Boy,"

                    Defendant,

_____/

FILED by _____ D.C.

SEP 1 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## DRUG SENTENCING INFORMATION

COMES NOW, the United States of America, by and through its undersigned Assistant

United States Attorney, and files this Information notifying defendant Leonard Allen, Jr. of its

intention to rely upon the sentencing enhancement contained in 21 U.S.C. §841(b).

Defendant is hereby notified that the United States intends to rely, at sentencing, upon the

following conviction for a felony drug offense, to seek the enhanced penalty: Case number

95-000472-CF, Circuit Court for the Fifteenth Judicial Circuit, In and For Palm Beach County,

Florida, judgement of conviction entered December 22, 1995. A copy of the Judgment of

Conviction is attached to defense counsel's copy of this pleading.



In the alternative, in the event that the defendant successfully establishes that the above-listed conviction was invalid, 21 U.S.C. §851(c)(1), the United States would rely on the following alternative convictions to support the sentencing enhancement:

Defendant is hereby notified that the United States intends to rely, at sentencing, upon the following conviction for a felony drug offense, to seek the enhanced penalty: Case number 95-000471-CF, Circuit Court for the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida, judgement of conviction entered December 22,1995. A copy of the Judgment of Conviction is attached to defense counsel's copy of this pleading.

Defendant is hereby notified pursuant to 21 U.S.C. §§841(b) and 851 that the defendant faces a statutory maximum penalty of life as to counts 1, 2-9,12, 14-16,18-20, 22-34 and 30 years as to counts10-11, 13, 17, 21, 31-33 and 35 as a result of the filing of this Information. reciprocal discovery.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


By: _____
KAREN L. ATKINSON
Assistant United States Attorney
Florida Bar No.178603
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was mailed __12th__ day of September,

2006, to:

Allen Geesey, Esq., Counsel for **W. Hunt**
505 S. Flagler Drive, Suite 400
West Palm Beach, FL 33401
Telephone: 561-655-9983
Fax: 561-655-7972

KAREN L. ATKINSON
ASSISTANT U.S. ATTORNEY